**FEIN, SUCH, KAHN & SHEPARD, PC.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
MELISSA N. LICKER, ESQ. (ML-5973)
YBOA117

| | |
|---|---|
| IN RE:<br><br>ROBERT P. DIMONE and<br>DARLENE DIMONE<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter : 13<br><br>Case No. 09-15889 NLW<br><br>**CERTIFICATION BY MORTGAGEE**<br>**(Default in Chapter 13 Payments**<br>**Outside of Plan)** |

Hearing Date: November 2, 2009

I, Luanne M. Polak, hereby deposes and says:

1.    I am the Vice President of BANK OF AMERICA, N.A..

2.    Date Debtors' petition was filed on March 11, 2009.

3.    Amount of Debtors' monthly mortgage payment **$2,530.91**.

4.    Debtors' last mortgage payment was applied to 06/01/09.

5.    Debtors should have made 6 payments outside of the plan since the date of the filing petition.

6.    Since the date of the filing, Debtors has made 3 payments.

7.    Debtors is behind 4 months in payments outside of the plan, through the payment due October 01, 2009.

8.    The total amount of delinquency outside of the plan is $10,123.64.  That amount is computed in the following manner: $2,530.91 x 4 = $10,123.64 (07/01/09 - 10/01/09 Monthly

payments).

9.    The figures contained in this certification are current as of payment received on or before October 01, 2009

10.    Attached are true copies of the documents.

11.    I hereby certify that the foregoing statements made by me and the attached Local Form 16 are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: September 30, 2009                    /s/Luanne M. Polak

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**FEIN, SUCH, KAHN & SHEPARD PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
YBOA117

In Re:

ROBERT P. DIMONE and
DARLENE DIMONE

  Debtors.

Case No.: 09-15889 NLW

Adv. No.:

Hearing Date: November 2, 2009

Judge: Honorable Novalyn L. Winfield

## CERTIFICATION RE CALCULATION OF AMOUNTS DUE
## NOTE AND MORTGAGE

Luanne M. Polak of full age, as Vice President by BANK OF AMERICA, N.A., hereby

certifies the following information:


Recorded on October 4, 2006 in BERGEN County, in Book 16299 at Page 279

Property Address: 11 SUNDERLAND AVE, RUTHERFORD, NJ 07070

Mortgage Holder: BANK OF AMERICA, N.A.

**I. PAYOFF STATEMENT**

Unpaid Principal Balance _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ $294,724.36

Interest _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ $14,396.45

Escrow Advance _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ $7,471.52

Accumulated Late Charges _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ $253.29

Total fees _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ $50.00

Other fees due _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ $20.00

            TOTAL DUE AS OF 09 / 17 / 09 _ _ _ _ _ _ _ _ _ $316,915.62

**II. EQUITY ANALYSIS(When Appropriate)**

Estimated fair market value of real estate(as of 03/11/09)_ $285,000.00*

Liens on the real estate:

        1. Real estate taxes as of_____$_____

        2. First Mortgage

                as of_____09/17/09_____ $316,915.62

        3. Second Mortgage

                as of_____$_____

        4. Other(specify on separate exhibit)    $_____

            **TOTAL LIENS** _ _ _ _ _ _ _ _ **($316,915.62)**

            **APPARENT EQUITY AS OF 09 / 20 / 09** _ _ _ **$     0     ****

*Source: SCHEDULE (e.g. appraisal, tax bill/assessment, contract of sale, debtor's

schedules, etc.)

**If negative, insert zero(0).

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2009                    /s/Luanne M. Polak

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**FEIN, SUCH, KAHN & SHEPARD PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
YBOA117

| | |
|---|---|
| In Re:<br><br>ROBERT P. DIMONE and<br>DARLENE DIMONE<br><br>  Debtors. | Case No.: 09-15889 NLW<br><br>Adv. No.:<br><br>Hearing Date: November 2, 2009<br><br>Judge: Honorable Novalyn L. Winfield |

**CERTIFICATION RE POST PETITION PAYMENT HISTORY
ON THE NOTE AND MORTGAGE**

Luanne M. Polak of full age, as Vice President by BANK OF AMERICA, N.A., hereby

certifies the following information:

Recorded on October 4, 2006 in BERGEN County, in Book 16299 at Page 279

Property Address: 11 SUNDERLAND AVE, RUTHERFORD, NJ 07070

Mortgage Holder: BANK OF AMERICA, N.A.

Mortgagors/Debtors: ROBERT P. DIMONE and DARLENE DIMONE

POST PETITION PAYMENTS (Petition filed on 03/11/09)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo/Yr) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 1. $2,530.91 | 04/01/09 | 04/01/09 | $2877.84 | 04/06/09 | unknown |
| 2. $2,530.91 | 05/01/09 | 05/01/09 | $2615.34 | 06/08/09 | unknown |
| 3. $2,530.91 | 06/01/09 | 06/01/09 | $2530.91 | 06/16/09 | unknown |
| 4. $2,530.91 | 07/01/09 | N/A | $0.00 | N/A | N/A |
| 5. $2,530.91 | 08/01/09 | N/A | $0.00 | N/A | N/A |
| 6. $2,530.91 | 09/01/09 | N/A | $0.00 | N/A | N/A |
|  |  |  |  |  |  |
| TOTAL |  |  |  |  |  |

*MONTHLY PAYMENTS PAST DUE: 4 x $2,530.91 = $10,123.64 (07/01/09 - 10/01/09 Monthly payments) ; (MONTHLY PAYMENTS) = $10,123.64 AS OF October 01, 2009.

Each Monthly Payment is comprised of:
(Attach sheets if payment amounts varies from figures set forth below)

    Principal & Interest ..........$1690.10
    Escrow .......................$840.81
    Total ........................$2530.91

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary):

            N/A
_____

_____


I certify under penalty of perjury that the foregoing is true and correct.


Dated: September 30, 2009                    /s/Luanne M. Polak